STATE OF MINNESOTA

IN SUPREME COURT

A14-1843

In re Petition for Disciplinary Action against
Matthew Thompson Nielsen, a Minnesota
Attorney, Registration No. 230698.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action, a supplementary petition for disciplinary action, and a second supplementary petition for disciplinary action alleging that respondent Matthew Thompson Nielsen committed professional misconduct warranting public discipline, namely, neglect of multiple client matters, failure to communicate with multiple clients, making false statements to and engaging in other dishonest conduct with multiple clients, making a false statement to a tribunal, and making a false statement during a disciplinary investigation, in violation of Minn. R. Prof. Conduct 1.3, 1.4(a)(2), (3) and (4), 3.3(a)(1), 4.1, 8.1(b), and 8.4(c) and (d).

Respondent waives his procedural rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR), withdraws the answer he previously filed to the petition, and unconditionally admits the allegations of the petition, supplementary petition, and second supplementary petition. The parties jointly recommend that the appropriate discipline is an indefinite suspension of a minimum of 4 months with no right to petition for reinstatement until respondent has been suspended for 60 days. In their

1

stipulation for discipline, the parties indicate that respondent raised several issues in mitigation to the Director.

The court has independently reviewed the file and indefinitely suspends respondent with no right to petition for reinstatement for 4 months.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1.     Respondent Matthew Thompson Nielsen is indefinitely suspended from the practice of law, effective 14 days from the date of the filing of this order, and he shall be ineligible to petition for reinstatement for a minimum of 4 months from the effective date of the suspension.

2.     Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

3.     Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR.   Reinstatement is conditioned on successful completion of the professional responsibility portion of the state bar examination and satisfaction of continuing legal education requirements, pursuant to Rule 18(e), RLPR.

Dated:  June 12, 2015

BY THE COURT:

_____
Alan C. Page
Associate Justice

2